IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES RAY HALL                                                                                         PLAINTIFF

vs.                                            Civil No. 6:14-cv-06085

CAROLYN COLVIN                                                                                         DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 18th day of May 2015, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE